IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGELIO ST. ROSE,  <br><br>Plaintiff,  <br><br>v.  <br><br>VERIZON NEW YORK, INC.  <br><br>Defendant. | CIVIL ACTION NO. 1:13 cv 06385 (WFK) (SMG)  <br><br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between attorneys for Plaintiff, Rogelio St. Rose ("Plaintiff"), and Defendant, Verizon New York, Inc. ("Defendant"), as follows:

1) Defendant's time to answer or otherwise move against the Complaint in the above-captioned action shall be extended, on consent, from November 25, 2013 to December 26, 2013.

2) This is Defendant's first request for an extension.

3) This Stipulation may be executed in counterparts and facsimile signatures shall have the same force and effect as originals.

DM3\2755661.1

Dated: New York, New York
December 3, 2013

**DUANE MORRIS LLP**

By: _____
Joanna R. Varon
1540 Broadway
New York, NY 10036
(212) 692-1000

Of Counsel:
James P. Hollihan, Esq.
600 Grant Street, 50th Floor
Pittsburgh, PA 15219
(412) 497-1040

*Attorneys for Defendant,*
Verizon New York, Inc.

**DAVIS LAW GROUP LLP**

By: _____
Ada A. Kemp (Davis)
110 Cambridge Avenue
Jersey City, NJ 07307
(201) 743-9354
*Attorneys for Plaintiff*

DM3\2755661.1

2